DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TE 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue - Suite 190
Rye, New York 10580
(914) 921-1200
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
NIPPONKOA INSURANCE COMPANY
LIMITED and NIPPON EXPRESS U.S.A.
(ILLINOIS), INC.,

              *Plaintiff,*

- against -

NORFOLK SOUTHERN RAILWAY
COMPANY and THE KANSAS CITY
SOUTHERN RAILWAY COMPANY,

              *Defendants.*
------------------------------------x

07 Civ. 10498

**STATEMENT PUSUANT TO F.R.C.P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held:

- Nipponkoa Life Insurance Company, Ltd.
- Nipponkoa Insurance Company, Ltd.

Dated: Rye, New York
November 20, 2007

MALOOF BROWNE & EAGAN LLC

By: _____
David T. Maloof (DM 3350)
Thomas M. Eagan (TE 1713)
411 Theodore Fremd Ave., Suite 190
Rye, New York 10580-1411
(914) 921-1200
*Attorneys for Plaintiff*