Barry N. Gutterman, Esq. (BG6410)
Robert Briere, Esq. (RB6080)
Barry N. Gutterman & Associates, P.C.
Attorneys for Defendants
Norfolk Southern Railway Company,
and Kansas City Southern Railway Company
60 East 42nd Street, 46th Floor
New York, New York  10165
(212) 983-1466

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NIPPONKOA INSURANCE COMPANY LIMITED,<br><br>　　　　　　　　　　　*Plaintiff,*<br><br>　　　- against -<br><br>NORFOLK SOUTHERN RAILWAY COMPANY and THE KANSAS CITY SOUTHERN RAILWAY COMPANY<br><br>　　　　　　　　　　　*Defendants.* | **NO.: 07 CIV. 10498**<br><br>**LOCAL RULE 7.1 STATEMENT** |

　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Defendant Kansas City Southern Railway Company, a non-governmental, corporate party, certifies for purposes of Rule 7.1 only that the following are corporate parents of Kansas City Southern Railway Company or publicly held corporations that own 10% or more of Kansas City Southern Railway Company's stock:

**Kansas City Southern**

Dated: New York, New York
January 4, 2008

By: /s/ Barry Gutterman
Barry N. Gutterman, Esq. (BG-6410)
Robert Briere, Esq. (RB6080)
Barry N. Gutterman & Associates, P.C.
60 East 42nd Street, 46th Floor
New York, New York 10161
(212) 983-1466 (phone)
(212) 983-1229 (fax)

- And -

Of Counsel:

Charles L. Howard, Esq.
Keenan Cohen & Howard PC
One Commerce Square
2005 Market Street, Suite 2520
Philadelphia, PA 19103
(215) 609-1105 (phone)
(215) 609-1117 (fax)


Attorneys for Defendants
Norfolk Southern Railway Company,
and Kansas City Southern Railway Company


TO:   Thomas M. Eagan, Esq. (TE1713)
Maloof Browne & Eagan LLC
411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580-1411
(914) 921-1200 (phone)
(914) 921-1023 (fax)

Attorneys for Plaintiffs

NS.2716.7.1. KCR.Nipponkoa