Barry N. Gutterman, Esq. (BG6410)
Robert Briere, Esq. (RB6080)
Barry N. Gutterman & Associates, P.C.
Attorneys for Defendants
Norfolk Southern Railway Company,
and Kansas City Southern Railway Company
60 East 42nd Street, 46th Floor
New York, New York  10165
(212) 983-1466

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NIPPONKOA INSURANCE COMPANY LIMITED,<br><br>                                    *Plaintiff,*<br><br>- against -<br><br>NORFOLK SOUTHERN RAILWAY COMPANY and THE KANSAS CITY SOUTHERN RAILWAY COMPANY<br><br>                                    *Defendants.* | **NO.: 07 CIV. 10498**<br><br>**LOCAL RULE 7.1 STATEMENT** |

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Defendant Norfolk Southern Railway Company, a non-governmental, corporate party, certifies for purposes of Rule 7.1 only that the following are corporate parents of Norfolk Southern Railway Company or publicly held corporations that own 10% or more of Norfolk Southern Railway Company's stock:

**NORFOLK SOUTHERN CORPORATION**

Dated: New York, New York
       January 4, 2008

                                        By: /s/ Barry Gutterman
                                        Barry N. Gutterman, Esq. (BG-6410)
                                        Robert Briere, Esq. (RB6080)
                                        Barry N. Gutterman & Associates, P.C.
                                        60 East 42nd Street, 46th Floor
                                        New York, New York 10161
                                        (212) 983-1466 (phone)
                                        (212) 983-1229 (fax)

                                             - And –

                                        Of Counsel:

                                        Charles L. Howard, Esq.
                                        Keenan Cohen & Howard PC
                                        One Commerce Square
                                        2005 Market Street, Suite 2520
                                        Philadelphia, PA 19103
                                        (215) 609-1105 (phone)
                                        (215) 609-1117 (fax)

                                        Attorneys for Defendants
                                        Norfolk Southern Railway Company,
                                        and Kansas City Southern Railway Company


TO:     Thomas M. Eagan, Esq. (TE1713)
           Maloof Browne & Eagan LLC
           411 Theodore Fremd Avenue, Suite 190
           Rye, New York 10580-1411
           (914) 921-1200 (phone)
           (914) 921-1023 (fax)

           Attorneys for Plaintiffs

NS.2716.7.1. NSC.Nipponkoa