AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

SOMPO JAPAN INSURANCE COMPANY
OF AMERICA,

**SUMMONS IN A CIVIL ACTION**

V.

NORFOLK SOUTHERN RAILWAY COMPANY,
NORFOLK SOUTHERN CORPORATION,
and THE KANSAS CITY SOUTHERN
RAILWAY COMPANY

CASE NUMBER: 07-CV 10498

TO: (Name and address of Defendant)

Norfolk Southern Railway Co.
CT Corporation System
111 Eighth Avenue
New York, NY 10011

The Kansas City Southern
Railway Co.
120 South Central Avenue
Clayton, MO  63105

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Maloof Browne & Eagan LLC
411 Theodore Fremd Avenue, Suite 190
Rye, NY 10580
Tel: (914) 921-1200

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                                    NOV 2 1 2007

CLERK                                                              DATE

(By) DEPUTY CLERK

DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TE 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580-1411
(914) 921-1200
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

NIPPONKOA INSURANCE COMPANY
LIMITED,                                :        07 Civ. 10498

                                        :

              *Plaintiff,*

    - against -                         :

NORFOLK SOUTHERN RAILWAY                :        **AFFIDAVIT OF SERVICE**
COMPANY and THE KANSAS CITY
SOUTHERN RAILWAY COMPANY,               :

              *Defendants.*             :
------------------------------------x

STATE OF NEW YORK       )
                        :ss.:
COUNTY OF WESTCHESTER   )

Thomas M. Eagan, being duly sworn, deposes and says:

1.   On November 27, 2007, I served the Summons and Complaint on defendants Norfolk Southern Railway Company and The Kansas City Southern Railway Company by emailing (agreed method of service) a true copy of each to their authorized agent for service:

    Charles L. Howard
    Keenan Cohen & Howard, P.C.
    One Pitcairn Place
    Suite 2400
    165 Township Line Road
    Jenkintown, PA 19046
    Email: choward@freightlaw.net

Dated: Rye, New York
       January 4, 2008

                                                       Thomas M. Eagan

Sworn to before me this
4th day of January, 2008

Notary Public

BENJAMIN J. MOLLET
Notary Public, State of New York
No. 01MO6172574
Qualified in Westchester County
Commission Expires April 13, 2011

F:\WP-DOCS\2309.78\010408 AOS.doc