# MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/08

NIPPONKOA INSURANCE COMPANY LIMITED,

                  *Plaintiff,*

- against -

NORFOLK SOUTHERN RAILWAY COMPANY and
THE KANSAS CITY SOUTHERN RAILWAY
COMPANY

                  *Defendants.*

ECF CASE

07 CIV. 10498

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of Barry N. Gutterman, attorney for Defendants Norfolk

Southern Railway Company and The Kansas City Southern Railway Company

(collectively "Defendants") and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Paul D. Keenan, Esq. |
| Firm Name: | Keenan Cohen & Howard P.C. |
| Address: | One Pitcairn Place, Suite 2400 |
| City/State/Zip | Jenkintown, PA 19046 |
| Phone Number: | (215) 609-1110 |
| Fax Number: | (212) 609-1117 |
| Email Address: | pkeenan@freightlaw.net |

Is admitted to practice pro hac vice counsel for the Defendants in the above

captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court,

including the Rules governing discipline of attorneys. If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF

password at nyds.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of

Court.

Dated: January ___7___, 2008
       New York, New York

_____
United States District Judge

CT2809.Motion.Pro Hac Vice Steiner.Order Admission