UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIPPONKOA INSURANCE COMPANY LIMITED,

          *Plaintiff,*

- against -

NORFOLK SOUTHERN RAILWAY COMPANY and
THE KANSAS CITY SOUTHERN RAILWAY
COMPANY

          *Defendants.*



ECF CASE

07 CIV. 10498

MOTION TO ADMIT
COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Barry N. Gutterman, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission pro hac vice of

    Applicant's Name:    Paul D. Keenan, Esq.
    Firm Name:    Keenan Cohen & Howard P.C.
    Address:    One Pitcairn Place, Suite 2400
    City/State/Zip:    Jenkintown, PA 19046
    Phone Number:    (215) 609-1110
    Fax Number:    (212) 609-1117
    Email Address:    pkeenan@freightlaw.net

Paul D. Keenan is a member in good standing of the Bar of the State(s) of Pennsylvania. Pennsylvania Bar #: 30262.

There are no pending disciplinary proceedings against Paul D. Keenan in any State or Federal court.

*Motion GRANTED.*
*So ORDERED.*
[signature]
*WDJ 1/9/08*

Dated: December 28, 2007
New York, New York

Respectfully submitted,

_____
Barry N. Gutterman
SDNY Bar #:        BG 6410
Firm Name:         Barry N. Gutterman & Associates, P.C.
Address:           60 East 42nd Street, 46th Floor
City:              New York
State:             New York
Zip Code:          10165
Phone Number:      (212) 983-1466
Fax Number:        (212) 983-1229

CT2809.Motion.Pro Hac Vice Steiner