USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NIPPONKOA INSURANCE COMPANY LIMITED,

                *Plaintiff,*

- against -

NORFOLK SOUTHERN RAILWAY COMPANY and THE KANSAS CITY SOUTHERN RAILWAY COMPANY

                *Defendants.*

ECF CASE

07 CIV. 10498

MOTION TO ADMIT COUNSEL PRO HAC VICE

---

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Barry N. Gutterman, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Charles L. Howard, Esq. |
| Firm Name: | Keenan Cohen & Howard P.C. |
| Address: | One Pitcairn Place, Suite 2400 |
| City/State/Zip: | Jenkintown, PA 19046 |
| Phone Number: | (215) 609-1110 |
| Fax Number: | (212) 609-1117 |
| Email Address: | choward@freightlaw.net |

Charles L. Howard is a member in good standing of the Bar of the State(s) of Pennsylvania. Pennsylvania Bar #: 55775.

There are no pending disciplinary proceedings against Charles L. Howard in any State or Federal court.

*MOTION GRANTED,*
*SO ORDERED.*

USDJ  1/15/08



Dated: December 28, 2007
New York, New York

Respectfully submitted,

_____
Barry N. Gutterman
SDNY Bar #:        BG 6410
Firm Name:         Barry N. Gutterman & Associates, P.C.
Address:           60 East 42nd Street, 46th Floor
City:              New York
State:             New York
Zip Code:          10165
Phone Number:      (212) 983-1466
Fax Number:        (212) 983-1229

CT2809.Motion.Pro Hac Vice Steiner