Charles L. Howard (admitted *pro hac vice*)
Keenan Cohen & Howard P.C.
One Pitcairn Place
165 Township Line Rd.
Jenkintown, PA 19046
(215) 609-1110

and

Barry N. Gutterman
Gutterman & Associates
The Lincoln Building
60 East 42nd Street, 46th Floor
New York, NY 10165

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NIPPONKOA INSURANCE COMPANY LIMITED,<br><br>                              *Plaintiff,*<br><br>- against -<br><br>NORFOLK SOUTHERN RAILWAY COMPANY<br><br>And<br><br>THE KANSAS CITY SOUTHERN RAILWAY COMPANY<br>                              *Defendants.* | NO.: 07 CIV. 10498<br><br>**JUDGE CHIN**<br><br>**DECLARATION OF ALFONSO GAMBONE IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

  I, Alfonso Gambone, declare that I am an associate of Keenan Cohen & Howard P.C., attorneys for defendants Norfolk Southern Railway Company and the Kansas City Southern Railway Company.

  1. Attached hereto as Exhibit A is a true and accurate copy of the ENPLAS (U.S.A.), Inc. ("ENPLAS") Waybill generated by ENPLAS for container YMLU4361427 of the Auto

Parts Shipment identified in Defendants' Statement of Undisputed Material Facts Per Local Rule 56.1. ("Dendants' Concise Statement of Material Facts.")

2. Attached hereto as Exhibit B is a true and accurate copy of the Yang Ming Transport Corp. (Yang Ming) Sea Waybill generated by Yang Ming for container YMLU4361427 of the Auto Parts Shipment identified in Defendants' Statement of Material Facts.

3. Attached hereto as Exhibit C is a true and accurate copy of the Norfolk Southern Company ("Norfolk Southern") Waybill generated by Norfolk Southern for container YMLU4361427 of the Auto Parts Shipment identified in Defendants' Statement of Material Facts.

4. Attached hereto as Exhibit D is a true and accurate copy of the Subrogation Receipt of ENPLAS pertaining to the Auto Parts Shipment identified in Defendants' Statement of Material Facts.

5. Attached hereto as Exhibit E is true and accurate copy of excerpts of the Deposition Transcript of Brian W. Daugherty identified in Defendants' Statement of Material Facts.

6. Attached hereto as Exhibit F is a true and accurate copy of the of Fuji OOZX ("OOZX") Waybill generated by OOZX for container TEXU4763735 of the Engine Valve Shipment identified in Defendants' Statement of Material Facts.

7. Attached hereto as Exhibit G is a true and accurate copy of the Yang Ming Transport Corp. (Yang Ming) Sea Waybill generated by Yang Ming for container TEXU4763735 of the Engine Valve Shipment identified in Defendants' Statement of Material Facts.

8. Attached hereto as Exhibit H is a true and accurate copy of the Norfolk Southern Company ("Norfolk Southern") Waybill generated by Norfolk Southern for container TEXU4763735 of the Auto Parts Shipment identified in Defendants' Statement of Material Facts.

9. Attached hereto as Exhibit I is a true and accurate copy of the Subrogation Receipt of OOZX pertaining to the Engine Valve Shipment identified in Defendants' Statement of Material Facts.

10. Attached hereto as Exhibit J is a true and accurate copy of excerpts of the Deposition Transcript of Urs Peter Widmer identified in Defendants' Statement of Material Facts.

11. Attached hereto as Exhibit K is a true and accurate copy of Plaintiff's Supplemental Responses to Defendant's Request for Admissions identified in Defendants' Statement of Material Facts.

12. Attached hereto as Exhibit L is a true and accurate copy of Plaintiff's Rule 26(a) Initial Disclosures identified in Defendants' Statement of Material Facts.

13. Attached hereto as Exhibit M is a true and accurate copy of Defendants' Second Amended Notice of Deposition Pursuant to Fed. R. Civ. P 30(b)(6) identified in Defendants' Statement of Material Facts.

14. Attached hereto as Exhibit N is a true and accurate copy of Plaintiff's Declaration of ENPLAS Corporation pursuant to F.R.E. 902 identified in Defendants' Statement of Material Facts.

15. Attached hereto as Exhibit O is a true and accurate copy of Plaintiff's Declaration of OOZX Corporation pursuant to F.R.E. 902 identified in Defendants' Statement of Material Facts.

16. Attached hereto as Exhibit P is a true and accurate copy of an excerpt from a website regarding the City of Tochigi, Japan. This information was obtained from the following webpage on March 26, 2009: http://en.wikipedia.org/wiki/Nikk%C5%8D,_Tochigi; identified in Defendants' Statement of Material Facts.

17. Attached hereto as Exhibit Q is a true and accurate copy of an excerpt from a website regarding Shizuoka, Japan. This information was obtained from the following webpage on March 26, 2009: http://www.pref.shizuoka.jp/sangyou/sa-530/english/guide/ichi.html; identified in Defendants' Statement of Material Facts.

18. Plaintiff has not disclosed any experts to testify on its behalf on any issue in this lawsuit.

By:  /s/ Alfonso Gambone
     Alfonso Gambone

Dated: March 31, 2009

**CERTIFICATE OF SERVICE**

    I, the undersigned counsel, hereby certify that on March 31, 2009 a true and correct copy of the foregoing Declaration of Alfonso Gambone in Support of Defendants' Motion for Summary Judgment was filed electronically. Notice of this filing will be sent to the following party, listed below, by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        David T. Maloof, Esquire
        Thomas M. Eagan, Esquire
        MALOOF BROWNE & EAGAN LLC
        411 Theodore Fremd Avenue, Suite 190
        Rye, New York 10580-1411

        *Attorneys for Plaintiffs*


        By:    /s/ Alfonso Gambone
                    Alfonso Gambone