# EXHIBIT C

```
                                    WAYB0004
+--------------------------------------------------------------------+
 CAR INIT# DTTX ____725159  WB NUMBER  784932      WB REV DATE _____
 TRLR/CONT YMLU ____436142  WB MEMO DATE 040606    PROCESS DATE 060422
 TRLR/CONT ____ _____                         ACCRUAL DATE 042406
 STCC 4611110 00          RWC ____    S7 N   OD R  TIME 1559__  VER# 12
   A/S/R   R      PL# 300   TERM DATE 042106       BUN # ISIS_-____0
   LOC BIL _    RHWY PL# ___  T/C C                SWH ____ ____
   ROUTE CODES BNSF 2663    HOW RATED A            M/R IND _
   ROUTE BNSF_DALAS_NS_____
          ROAD        CITY         ST  FSAC  USED DTE   FB DATE    FB NUM
 ORIGIN   _777  LONG_BEACH_ITS____ CA  _22499 _____  _____ _____
 B/A      ____  _____ __  _____         B/A CLERK ___
 DEST     _555  AUSTELL_____ GA  _56385 042406   042406   3114483546
 R/A      ____  _____ __  _55555       R/A CLERK UKR
 ORIGIN SWITCH RD ____ ____ ____
    SHIPPER    YANG_MING_MARINE_LINE_____     ISIS _____
    CONSIGNEE YANG_MING_LINES_____
+--------------------------------------------------------------------+
 SHIPPER   __97680000                CONSIGNEE __97681067
 YANG_MING_MARINE_LINE_____ YANG_MING_LINES_____
                                     3100_BRECKINRIDGE_BLVD_NW_____
 LONG_BEACH_ITS_____ CA_____ BLDG_175_____
 BILL TO  __97681106                 DULUTH_____GA300964986__
 YANG_MING_LINES_____ BOL NUMBER  W261105283_____
 525_WASHINGTON_BLVD_#25_____ BOL DATE 040606    COL/PPD C
 JERSEY_CITY_____NJ073101606_____ BOL TIME 155900    CAPTURE DATE 060423
 PKGS A/C       DESCRIPTION           WGT Q      RATE Q    FRT    ADV    PPD
 00001CNT FAK_____ _19690C_451.0000PU__451.00_____
 _____226 INTERMODAL_FUEL_SU13.00%   _____59.00_____
 ____ ____ _____   _____
 ____ ____ _____   _____
 ____ ____ _____   _____
                                     TOTAL WEIGHT   _____19690
        TOTAL GROSS    _____19690    TOTAL FREIGHT  _____510.00
        TOTAL TARE     _____    TOTAL ADVANCE  _____
+--------------------------------------------------------------------+
 PKGS A/C       DESCRIPTION           WGHT Q     RATE Q    FRT    ADV    PPD
 ____ ___ _____ _____ _____ _____ _____ _____
 ____ ___ _____ _____ _____ _____ _____ _____
 ____ ___ _____ _____ _____ _____ _____ _____
 ____ ___ _____ _____ _____ _____ _____ _____
 ____ ___ _____ _____ _____ _____ _____ _____

 ORIG REF CITY/ST _____ __ FSAC _____ WB # _____ WB DATE _____
 ROAD ____ STA CDE _____ GEN RTE CD _ WB END CD ___ TRAN CD LCD
 DEST BEYOND ROAD/CITY/ST ____ _____ __  PRO # _2289
 CONT REF CD/AMT __ _____                          MISC PRO # ___ ____ ___
 DATE WGTD _____ GROSS WGT _19690 TARE WGT _____ WGT AT CD _   WGT ALLOW _____
 WGT AT CITY/ST _____ __ SCALE LOC _____  EMPTY NONREV TRLR _
 RHWY ORIG MTR CARRIER CD ____ CITY/ST _____ __  ORIG SPLC _____
 RHWY DEST MTR CARRIER CD ____ CITY/ST _____ __  DEST SPLC _____
 RHWY ORIG DETN CUST _____ RHWY DEST DETN CUST _____  MATE LENGTH __
 LOAD TRANS FROM _____ MATE CODE S    ID _____
+--------------------------------------------------------------------+
 SPEC ENDOR IP IB ST __ SPEC ENDOR _____
 ____ ____ ____
 TAR NSPQ0004000-_0000439500--  CONTRACT NSPQ-00004395.00__ _____
 SHIPPER ORDER NUMBER W261105283_____  CONSIGNEE ORDER NUMBER _____
                RATE Q    WEIGHT Q                  DECLARED VALUE: CODE __
 B/L    _____ __ _____ _  BILL SPLC _____         AMT _____
 B/L XCESS _____ __ _____ _   NET GROSS IND _           PER ____
                                Page 1
```