# EXHIBIT A



CRAWFORD (ENPLAS)                                                               138