# EXHIBIT B



**YANG MING MARINE TRANSPORT CORP.**

**NON-NEGOTIABLE SEA WAYBILL**

| Shipper | NIPPON EXPRESS U.S.A. (ILLINOIS) INC. SCAC CODE:NPNE 950 NORTH EDGEWOOD AVENUE, WOOD DALE, IL 60191 U.S.A. TEL:(630)350-0202 FAX:(630)350-1038 | Booking No. TYOU1103619 | Waybill No. WAYBILL YMLUW261105283 |
|---|---|---|---|
| | | Export References AUTO-NYO/NPNE | |
| Consignee | NIPPON EXPRESS U.S.A. (ILLINOIS) INC. SCAC CODE:NPNE 950 NORTH EDGEWOOD AVENUE, WOOD DALE, IL 60191 U.S.A. TEL:(630)350-0202 FAX:(630)350-1038 | Forwarding agent references | |
| | | Point and Country of Origin of goods  I11 | |
| Notify party | NIPPON EXPRESS U.S.A., INC. -ATLANTA OCEAN CARGO BRANCH 5176 PELICAN DRIVE ATLANTA, GA 30349 TEL:404-996-0702 | ALSO NOTIFY | |

| *Presented by | *Place of Receipt YOKOHAMA CY | Onward inland routing Auto NVOCC B/L |
|---|---|---|
| Vessel CHEROKEE BRIDGE  Voy No. 16Bay | Port of Loading TOKYO, JAPAN | |
| Port of Discharge LONG BEACH, CA | *Place of Delivery ATLANTA, GA CY | Delivery status Micro Bridge Ramp Service(IPI) |

PARTICULARS FURNISHED BY MERCHANT

| MKS & NOS/CONTAINER NOS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | Measurement(M3) Gross Weight(KGS) |
|---|---|---|---|
| 1 CONTAINER | | SHIPPER'S LOAD, COUNT AND SEALED, 786 PACKAGES | 37.355CM3 8,950.0000KGS |
| | | AUTOPARTS HOUSE B/L NO : YOL3427S460 | FREIGHT PREPAID |
| ENPLAS (IN DIAMOND) MARIETTA, GA C/NO. 1-6 MADE IN JAPAN | | 566 CARTONS 6 PALLETS (= 220 BAGS) | LOADED ON BOARD CHEROKEE BRIDGE VOY: 16B AT: TOKYO ON: MAR/30/06 CRD: MAR/23/06 |
| ENPLAS (IN DIAMOND) MARIETTA, GA C/NO. 303001-303518 503001-503038 503042-503051 MADE IN JAPAN | | | |
| YMLU4361427 40HC | RCL/RCL | YML5792951 786PACKAGES 8,950.0000KGS | 37.355M3 |

| Declared value $  ad valorem rate, Carrier's package limitation shall not apply. See Clause 23 (2)(a)(3) hereof | Place and Date of Issue YOKOHAMA  MAR/30/06 |
|---|---|
| | On Board Date MAR/30/06 |

| ITEM NO | CH3 | RATED AS | PER | RATE | PREPAID | COLLECT | SEA WAYBILL NO YMLUW261105283 |
|---|---|---|---|---|---|---|---|
| | | | | FREIGHT AS ARRANGED | | | This receipt, custody, carriage and delivery of the goods are subject to the terms appearing on the face and back hereof and to carrier's applicable tariff.

Delivery of the Goods will be made to the Consignee or his authorized representative upon proper proof of identity and authorization without the need of producing or surrendering a copy of this Sea Waybill.

YANGMING (JAPAN) CO., LTD.

By
Agent for Yang Ming Marine Transport Corporation, as carrier |

| Rate of Exchange | | | | | | | |
| Number of Original Sea Waybill  ONE | | Total | | | | | |
| | | payable at | | | | | |

*)Applicable only when used for multimodal or through transportation.