# EXHIBIT G

# Nippon Express
d/b/a: Arrow International

**WAYBILL** (COMBINED TRANSPORT DOCUMENT)
NON-NEGOTIABLE

| Shipper | |
|---|---|
| FUJI OOZX INC. | RECEIVED the goods or the container(s) or package(s) said to contain the cargo herein mentioned in apparent good order and condition, unless otherwise indicated, to be transported and delivered or transhipped as herein provided. The receipt, custody, carriage, delivery and transhipping of the goods are subject to the terms and conditions on the face and back hereof, whether written, typed, stamped or printed. |

TRI#:840991810108

| Waybill Number |
|---|
| TYUS2300437 |

**Consignee**
FUJI OOZX INC.
CARE OF TRW FUJI VALVE INC.

**Export Reference**

**Forwarding Agent-Reference**
31-2300437 CHIYODA SHIPPING BRANCH SALE NO.1
TYUS2300439        OTI LICENSE NO.16327N

**Notify Party**
TRW FUJI VALVE INC.
128 RIVER BEND DRIVE, SEVIERVILLE,
TENNESSEE, 37862 U.S.A.
MS.GERITA CARTER
TEL:865-428-8438 FAX: 865-453-0429

**Point and Country of Origin**
JAPAN

**For Cargo Release, Contact:**
NIPPON EXPRESS U.S.A., INC.
ATLANTA BRANCH
5176 PELICAN DRIVE
ATLANTA, GA 30349 U.S.A.
TEL:(770)996-0702  FAX:(770)996-7341

| Pre-carriage by | Place of Receipt |
|---|---|
|  | NAGOYA, CY |

| Ocean Vessel/Voy. No. | Port of Loading |
|---|---|
| CHEROKEE BRIDGE  16E | NAGOYA, JAPAN |

**Routing of Transportation**

| Port of Discharge | Place of Delivery |
|---|---|
| LONG BEACH, U.S.A. | SEVIERVILLE, TN. CONSIGNEE'S DOOR |

**Final Destination (for the Merchant's reference only)**

Particulars Furnished by Shipper

| Marks and Numbers Container No. and Seal No. | No. of Pkgs or Containers | Description of Packages and Goods Type or Kind of Packages or Containers | Gross Weight | Measurement |
|---|---|---|---|---|
| TRW (IN DIA) SEVIERVILLE, TN VIA LOS ANGELES H17-TRW-050 MADE IN JAPAN CASE NO.:1-29 TFV (IN DIA) SEVIERVILLE, TN VIA LOS ANGELES H17-TFV-052 MADE IN JAPAN CASE NO.:1-11 | 1 CONTAINER ============ 40 CASES (40' X 1 CONTAINER) | 'SHIPPER'S LOAD & COUNT' ENGINE VALVE 'FREIGHT PREPAID AS ARRANGED' SAY: ONE (1) CONTAINER ONLY. | 17901 KGS (CONT NO.) TEXU4763735(40') | 53.207 M3 (SEAL NO.) YML5762206 |

Declared Value USD_____ If Merchant enters a value, the Ad Valorem rate will be charged.
These commodities licensed by U.S. for ultimate destination   Diversion contrary to U.S. Law prohibited

| Freight & Charges | R/T | Rate | Per | Prepaid | Collect |
|---|---|---|---|---|---|
|  |  |  |  | 'FREIGHT PREPAID AS ARRANGED' |  |

| | Prepaid at | Payable at | Place of Waybill(s) issue | Dated |
|---|---|---|---|---|
| Ex. Rate @¥ | TOKYO, JAPAN | | TOKYO, JAPAN | MAR-29 2006 |
| | Total Prepaid in Yen | No. of original Waybill(s) ONE (1) | IN WITNESS WHEREOF, the number of Waybill(s) stated herein, all of the same tenor and date, has been signed. AS CARRIER, NIPPON EXPRESS U.S.A. (ILLINOIS), INC. NIPPON EXPRESS CO., LTD. | |

Laden on board the Vessel

| Vessel: CHEROKEE BRIDGE | Date CRAWFORD (OOZX) | By: _____ TOKYO INT'L TRANSPORT BRANCH AS AGENTS FOR THE CARRIER |
|---|---|---|
| Port of Loading: NAGOYA, JAPAN | By: _____ | |

150

| Nippon Express d/b/a Arrow International | WAYBILL | (COMBINED TRANSPORT DOCUMENT) NON-NEGOTIABLE |
|---|---|---|

Shipper
FUJI OOZX INC.

TRI#: 840991810108

Consignee
FUJI OOZX INC.
CARE OF TRW FUJI VALVE INC.,

Notify Party
TRW FUJI VALVE INC
128 RIVER BEND DRIVE, SEVIERVILLE
TENNESSEE, 37862 U.S.A.
MS. GERITA CARTER
TEL: 865-428-8488  FAX: 865-453-0428

Pre-carriage by
NAGOYA, CY

Ocean Vessel/Voy. No.
CHEROKEE BRIDGE   16E

Port of Loading
NAGOYA, JAPAN

Port of Discharge
LONG BEACH, U.S.

Place of Delivery
SEVIERVILLE, TN (CONSIGNEE'S DOOR)

Waybill Number
TYUS2300437

Export Reference

Forwarding Agent-Reference
31-2300437 CHIYODA SHIPPING BRANCH SALE NO.1
TYUS2300439,  OTI LICENSE NO.16327N

Point and Country of Origin
JAPAN

For Cargo Release, Contact:
NIPPON EXPRESS U.S.A., INC.
ATLANTA BRANCH
5195 PELICAN DRIVE
ATLANTA, GA 30349 U.S.A.
TEL: (770)996-0702  FAX: (770)996-7341

Routing of Transportation

Final Destination (for the Merchant's reference only)

Marks and Numbers / Container No. and Seal No. | No. of Containers | Particulars Furnished by Shipper
Description of Packages and Goods / Type or Kind of Packages or Containers | Gross Weight | Measurement

TRW (IN DIA)
SEVIERVILLE, TN
VIA LOS ANGELES
H17-TRW-050
MADE IN JAPAN
CASE NO.:1-29

TFV (IN DIA)
SEVIERVILLE,
VIA LOS ANGELES
H17-TFV-052
MADE IN JAPAN
CASE NO.:1-11   1 CONTAINER
=========
40 CASES
(40' X 1 CONTAINER)

'SHIPPER'S LOAD & COUNT'

ENGINE VALVE

'FREIGHT PREPAID AS ARRANGED'   (CONT NO.) TEXU4763735(40')   (SEAL NO.) YML5762206

SAY: ONE (1) CONTAINER ONLY.

17901 KGS   53.207 M3

ORIGINAL

Declared Value USD_____
These commodities licensed by U.S. for ultimate destination
If Merchant enters a value, the Ad Valorem rate will be charged.
Diversion contrary to U.S. Law prohibited

| Freight & Charges | R/T | Rate | Per | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | 'FREIGHT PREPAID AS ARRANGED' | |

Ex. Rate
Prepaid at TOKYO, JAPAN
Total Prepaid in Yen
Payable at
No. of original Waybill(s) ONE (1)

Place of Waybill(s) Issue TOKYO, JAPAN
Dated MAR-29 2006

IN WITNESS WHEREOF, the number of Waybill(s) stated herein, all of the same tenor and date, has been signed.
AS CARRIER, NIPPON EXPRESS U.S.A. (ILLINOIS), INC.
NIPPON EXPRESS CO., LTD.

Laden on board the Vessel
Vessel: CHEROKEE BRIDGE   Date: MAR-29 2006
Port of Loading: NAGOYA, JAPAN   By: CRAWFORD (OOZX)

By: TOKYO INT'L TRANSPORT BRANCH
AS AGENTS FOR THE CARRIER

151