# EXHIBIT H

| | | | |
|---|---|---|---|
| 2006年 3月29日 15時01分 ...JGMING (JAPAN) TOKYO 陽明海運股份有限公司 YANG MING MARINE TRANSPORT CORP. | | NON-NEGOTIABLE NO. 3558 P. 15 SEA WAYBILL | |
| Shipper NIPPON EXPRESS CO., LTD. 1-9-3, HIGASHI-SHINBASHI, MINATO-KU, TOKYO, JAPAN AS AGENT OF NIPPON EXPRESS U.S.A. (ILLINOIS), INC. | Booking No. TYOUI103837 | Waybill No. WAYBILL YMLUW261105320 | |
| | Export References AUTO-NVO/NPNE | | |
| Consignee NIPPON EXPRESS U.S.A. (ILLINOIS), INC. (SCAC CODE: NPNE) 960 NORTH EDGEWOOD AVENUE, WOOD DALE, IL 60191 U.S.A. | Forwarding agent references | | |
| | Point and Country of Origin of goods TLL | | |
| Notify party NIPPON EXPRESS (U.S.A.) INC. ATLANTA BRANCH 5176 PELICAN DRIVE ATLANTA, GA 30349 U.S.A. TEL:770-996-0702 FAX:770-996-7341 | ALSO NOTIFY | | |
| *Precarried by | *Place of Receipt NAGOYA CY | Onward Inland routing Auto NVOCC B/L | |
| Vessel Voy No. 16E flag CHEROKEE BRIDGE | Port of Loading NAGOYA, JAPAN | | |
| Port of Discharge LONG BEACH, CA | *Place of Delivery ATLANTA, GA CY | Delivery status Micro Bridge Ramp Service (IPI) | |

| MKS & NOS/CONTAINER NOS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | Measurement (M) Gross Weight (KGS) |
|---|---|---|---|
| 1 CONTAINER | 40 CASES | SHIPPER'S LOAD, COUNT AND SEALED. HOUSE B/L NO : NBUS2300437, 2300438 SPARK-IGNITION INTERNAL COMBUSTION PISTON ENGINE PARTS ENGINE VALVE | 53.2070M3 17,901.0000KGS FREIGHT PREPAID LOADED ON BOARD CHEROKEE BRIDGE VOY: 16E AT: NAGOYA ON: MAR/29/06 CRD: MAR/23/06 |
| TRW (IN DIA) SEVIERVILLE, TN VIA LOS ANGELES H17-TRW-050 MADE IN JAPAN CASE NO. :1-29 TFV (IN DIA) SEVIERVILLE, TN VIA LOS ANGELES H17-TFV-052 MADE IN JAPAN CASE NO. :1-11 | | | |
| TEXU4763735 40DC | FCL/FCL | YML5762206 40CASES 17,901.0000KGS | 53.2070M3 |

| Declared value $ | If Merchant enters value of Goods and pays the applicable ad valorem rate, Carrier's package limitation shall not apply. See Clause 23 (2)A(B) hereof | Place and Date of Issue TOKYO MAR/29/06 On Board Date MAR/29/06 | | | |
|---|---|---|---|---|---|
| ITEM NO | CHG | RATED AS | PER | RATE | PREPAID | COLLECT | SEA WAYBILL NO. YMLUW261105320 |
| | | | | FREIGHT AS ARRANGED | | | The receipt, custody, carriage and delivery of the goods are subject to the terms appearing on the face and back hereof and to carrier's applicable tariff. Delivery of the Goods will be made to the Consignee or his authorized representative upon proper proof of identity and authorization without the need of producing or surrendering a copy of this Sea Waybill. YANGMING (JAPAN) CO., LTD. |
| Rate of Exchange | | | | | | | |
| Number of Original Sea Waybill ONE | | | Total payable at | | | | By ............... As agent for Yangming Marine Transport Corporation as Carrier |

CRAWFORD (OOZX)

*Applicable only when used for multimodal or ... transport

152