# EXHIBIT I

```
CAR INIT# DTTX     620613    WB NUMBER  799535        WB REV DATE
TRLR/CONT TEXU     476373    WB MEMO DATE 040606      PROCESS DATE 060422
TRLR/CONT                                             ACCRUAL DATE 042406
STCC 461110 00              RWC          S7 N   OD R  TIME 1559    VER# 12
  A/S/R   R         PL# 300  TERM DATE 042106         BUN # ISIS -    0
  LOC BIL      RHWY PL#      T/C C                    SWH
  ROUTE CODES BNSF 2663      HOW RATED A              M/R IND
  ROUTE BNSF_DALAS_NS

                ROAD         CITY            ST   FSAC   USED DTE  FB DATE      FB NUM
ORIGIN          777   LONG_BEACH_ITS         CA   22499
B/A                                                      B/A CLERK
DEST            555   AUSTELL                GA   56365  042406    042406       3114489607
R/A                                                      55555    R/A CLERK UKR
ORIGIN SWITCH RD
  SHIPPER    YANG MING MARINE LINE                      ISIS
  CONSIGNEE  YANG MING LINES
+-----------------------------------------------------------------------------+
SHIPPER    97680000                   CONSIGNEE   97681067
YANG MING MARINE LINE                 YANG MING LINES
                                      3100 BRECKINRIDGE BLVD NW
LONG BEACH ITS        CA              BLDG 175
BILL TO   97681106                    DULUTH                  GA300964986
YANG MING LINES                       BOL NUMBER W261105320
525 WASHINGTON BLVD #25               BOL DATE 040606    COL/PPD C
JERSEY CITY          NJ073101606      BOL TIME 155900    CAPTURE DATE 060423
PKGS A/C         DESCRIPTION          WGT Q      RATE Q      FRT       ADV       PPD
00001CNT FAK                          39382C  451.0000PU   451.00

      226 INTERMODAL FUEL SU13.00%                          59.00




                                      TOTAL WEIGHT        39382
              TOTAL GROSS     39382   TOTAL FREIGHT        510.00
              TOTAL TARE              TOTAL ADVANCE
+-----------------------------------------------------------------------------+
PKGS A/C         DESCRIPTION          WGHT Q     RATE Q      FRT       ADV       PPD






ORIG REF CITY/ST                     FSAC         WB #         WB DATE
ROAD        STA CDE           GEN RTE CD    WB END CD    TRAN CD LCD
DEST BEYOND ROAD/CITY/ST                                 PRO #  2298
CONT REF CD/AMT                                          MISC PRO #
DATE WGTD        GROSS WGT 39382 TARE WGT          WGT AT CD     WGT ALLOW
WGT AT CITY/ST                       SCALE LOC         EMPTY NONREV TRLR
RHWY ORIG MTR CARRIER CD         CITY/ST                     ORIG SPLC
```

NSVALVE 0100