# EXHIBIT J

TO:  NIPPONKOA INSURANCE CO., LTD.

In consideration of your paying to us the sum below in respect of the undermentioned goods insured with you under Policy No. stated below we hereby agree that you are subrogated to all our rights of recovery on account of any and all such loss or damage from the carriers and from any other vessels, persons or corporations that be liable therefor, and we agree to assist you in effecting such recovery ; and hereby authorize you to file claims and begin suit against any such carrier vessel, person or corporation in our names, and we hereby appoint you as our attorneys, with irrevocable power to collect any and all such claims and to begin, prosecute, compromise or withdraw, either in our name or in your name but at your own expense, any and all legal proceedings which you may deem necessary to enforce such claim or claims and to execute in our names any documents which may be necessary to carry into effect the purpose of this agreement . We further agree to execute any documents which may be necessary to enable you to proceed in accordance herewith, including any and all pleadings and releases which you may request us to execute: and we agree that any money collected from any such carrier, vessel, person or corporation whether received in the first instance by the undersigned or by you, shall be the property of you.

306-03055

| POLICY NO: NT75003204 | AMOUNT: ¥5,108,444.- | |
|---|---|---|
| INTEREST:  ENGINE VALVE | | |
| NAME OF VESSEL:  " CHEROKEE BRIDGE " | B/L NO:  TYUS2300437 | |
| VOYAGE: NAGOYA/LONG BEACH | ARR. DATE:  2006/4/19 | |

Dated  2007 / 3 / 27        Signed

フジオーゼックス株式会社
取締役営業部長 野地俊広
東京都港区港南1-8-35 大同品川ビル5階