# Nippon Express
d/b/a: Arrow International

**WAYBILL** (COMBINED TRANSPORT DOCUMENT)
NON-NEGOTIABLE

RECEIVED the goods or the container(s) or package(s) said to contain the cargo herein mentioned in apparent good order and condition unless otherwise indicated, to be transported and delivered or transhipped as herein provided.
The receipt, custody, carriage, delivery and transhipping of the goods are subject to the terms and conditions on the face and back hereof, whether written, typed, stamped or printed.

**Shipper:** FUJI OOZX INC.

TRI#: 840991810108

**Consignee:** FUJI OOZX INC.
CARE OF TRW FUJI VALVE INC.

**Waybill Number:** TYUS2300437

**Export Reference**

**Forwarding Agent-Reference:**
31-2300437 CHIYODA SHIPPING BRANCH SALE NO.1
TYUS2300439   OTI LICENSE NO.16327N

**Notify Party:**
TRW FUJI VALVE INC.
128 RIVER BEND DRIVE, SEVIERVILLE,
TENNESSEE, 37862 U.S.A.
MS. GERITA CARTER
TEL: 865-428-8488  FAX: 865-453-0428

**Point and Country of Origin:** JAPAN

**For Cargo Release, Contact:**
NIPPON EXPRESS U.S.A., INC.
ATLANTA BRANCH
5196 PELICAN DRIVE
ATLANTA, GA 30349, U.S.A.
TEL:(770) 996-0702   FAX:(770) 996-7341

**Pre-carriage by:** NAGOYA CY

**Ocean Vessel/Voy. No.:** CHEROKEE BRIDGE 16E
**Port of Loading:** NAGOYA, JAPAN
**Port of Discharge:** LONG BEACH, U.S.A.
**Place of Delivery:** SEVIERVILLE, TN CONSIGNEE'S DOOR
**Final Destination (for the Merchant's reference only)**

**Routing of Transportation**

**Marks and Numbers / Container No. and Seal No.** | **Description / Type of Packages or Containers** | **Gross Weight** | **Measurement**

'SHIPPER'S LOAD & COUNT'

TRW (IN DIA)
SEVIERVILLE, TN
VIA LOS ANGELES
H17-TRW-050
MADE IN JAPAN
CASE NO.:1-29

TFV (IN DIA)
SEVIERVILLE, TN
VIA LOS ANGELES
H17-TFV-052
MADE IN JAPAN
CASE NO.:1-11

1 CONTAINER
========
40 CASES
(40' X 1 CONTAINER)

ENGINE VALVE

17901 KGS | 53.207 M3

'FREIGHT PREPAID AS ARRANGED'
SAY: ONE (1) CONTAINER ONLY.

(CONT NO.) TEXU4763735(40')
(SEAL NO.) YML5762206

**Declared Value USD** _____
These commodities licensed by U.S. for ultimate destination. If Merchant enters a value, the Ad Valorem rate will be charged.
Diversion contrary to U.S. Law prohibited.

| Freight & Charges | R/T | Rate | Per | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | 'FREIGHT PREPAID AS ARRANGED' | |

**Ex. Rate** ¥
**Prepaid at:** TOKYO, JAPAN
**Total Prepaid in Yen**
**Payable at:**
**No. of original Waybill(s):** ONE (1)
**Place of Waybill(s) issue:** TOKYO, JAPAN
**Dated:** MAR-29 2006

IN WITNESS WHEREOF, the number of Waybill(s) stated herein, all of the same tenor and date, has been signed.

AS CARRIER, NIPPON EXPRESS U.S.A. (ILLINOIS), INC.
NIPPON EXPRESS CO., LTD.

**Laden on board the Vessel**
**Vessel:** CHEROKEE BRIDGE
**Date:** MAR-29 2006
**Port of Loading:** NAGOYA, JAPAN
By: CRAWFORD (OOZX)
TOKYO INT'L TRANSPORT BRANCH
AS AGENTS FOR THE CARRIER

ORIGINAL

151

**EXHIBIT 8**
to Declaration of Thomas M. Eagan
in Support of Plaintiff's Motion for Summary Judgment