```
20064 3R29B-15901A      GMING (JAPAN) TOKYO                                    NO. 3558    P. 15
[logo] 楊明海運股份有限公司                           NON-NEGOTIABLE
       YANG MING MARINE TRANSPORT CORP.              SEA WAYBILL
```

| | | |
|---|---|---|
| **Shipper**<br>NIPPON EXPRESS CO., LTD.<br>1-9-3, HIGASHI-SHINBASHI, MINATO-KU,<br>TOKYO, JAPAN AS AGENT OF<br>NIPPON EXPRESS U.S.A. (ILLINOIS),<br>INC. | **Booking No.**<br>TYOU1103837 | **Waybill No.** WAYBILL<br>YMLUW261105320 |
| | **Export References**<br>AUTO-NVO/NPNE | |
| **Consignee**<br>NIPPON EXPRESS U.S.A. (ILLINOIS),<br>INC. (SCAC CODE: NPNE)<br>950 NORTH EDGEWOOD AVENUE,<br>WOOD DALE, IL 60191 U.S.A. | **Forwarding agent reference** | |
| | **Point and Country of Origin of goods**<br>T11 | |
| **Notify party**<br>NIPPON EXPRESS (U.S.A.) INC.<br>ATLANTA BRANCH<br>5176 PELICAN DRIVE ATLANTA, GA 30349<br>U.S.A. TEL:770-996-0702<br>FAX:770-996-7341 | **ALSO NOTIFY** | |
| **Precarried by** | **Place of Receipt**<br>NAGOYA CY | **Onward Inland routing**<br>Auto NVOCC B/L |
| **Vessel** Voy No. 16E flag<br>CHEROKEE BRIDGE | **Port of Loading**<br>NAGOYA, JAPAN | |
| **Port of Discharge**<br>LONG BEACH, CA | **Place of Delivery**<br>ATLANTA, GA CY | **Delivery status**<br>Micro Bridge Ramp Service (IPI) |

**PARTICULARS FURNISHED BY MERCHANT**

| MKS & NOS/CONTAINER NOS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | Measurement (M)<br>Gross Weight (KGS) |
|---|---|---|---|
| 1 CONTAINER | 40 CASES | SHIPPER'S LOAD, COUNT AND SEALED.<br>HOUSE B/L NO : NBUS2300437, 2300438<br>SPARK-IGNITION INTERNAL COMBUSTION PISTON<br>ENGINE PARTS<br>ENGINE VALVE | 53.2070M3<br>17,901.0000KGS<br>FREIGHT PREPAID<br>LOADED ON BOARD<br>CHEROKEE BRIDGE<br>VOY: 16E<br>AT: NAGOYA<br>ON: MAR/29/06<br>CRD: MAR/23/06 |
| TRW (IN DIA)<br>SEVIERVILLE, TN<br>VIA LOS ANGELES<br>H17-TRW-050<br>MADE IN JAPAN<br>CASE NO. :1-29<br><br>TRV (IN DIA)<br>SEVIERVILLE, TN<br>VIA LOS ANGELES<br>H17-TRV-052<br>MADE IN JAPAN<br>CASE NO. :1-11 | | | |
| TEXU4763735 40DC | FCL/FCL | YML5752206 40CASES 17,901.0000KGS | 53.2070M3 |

| | | |
|---|---|---|
| Declared value $<br>at valorem rate, Carrier's package limitation shall not apply. See Clause 23 (2)&(3) hereof | **Place and Date of Issue** TOKYO    MAR/29/06<br>**On Board Date**                    MAR/29/06 | |

| ITEM NO | CHG | RATED AS | PER | RATE | PREPAID | COLLECT | SEA WAYBILL NO. YMLUW261105320 |
|---|---|---|---|---|---|---|---|
| | | | | FREIGHT AS ARRANGED | | | The receipt, custody, carriage and delivery of the goods are subject to the terms appearing on the face and back hereof and in carrier's applicable tariff.<br><br>Delivery of the Goods will be made to the Consignee or his authorized representative upon proper proof of identity and authorization without the need of producing or surrendering a copy of this Sea Waybill.<br><br>YANGMING (JAPAN) CO., LTD. |
| Rate of Exchange | | | | | | | |
| Number of Original Sea Waybill    ONE | | | Total. | | | | By [signature]<br>Signed for Yangming Marine<br>Transport Corporation as Carrier |
| | | | payable at CRAWFORD (OOZX) | | | | |

* Applicable only when used for multimodal or through transportation.

152

**EXHIBIT 9**
to Declaration of Thomas M. Eagan
in Support of Plaintiff's Motion for Summary Judgment