```
CAR INIT# DTTX     620613   WB NUMBER  799535           WB REV DATE
TRLR/CONT TEXU     476373   WB MEMO DATE 040606         PROCESS DATE 060422
TRLR/CONT                                               ACCRUAL DATE 042406
STCC  461110 00              RWC        S7 N    OD R    TIME 1559    VER# 12
  A/S/R   R       PL#  300   TERM DATE 042106           BUN # ISIS -   0
  LOC BIL          RHWY PL#        T/C C                SWH
  ROUTE CODES BNSF 2663            HOW RATED A          M/R IND
  ROUTE BNSF_DALAS_NS

            ROAD          CITY            ST    FSAC   USED DTE   FB DATE    FB NUM
ORIGIN      777     LONG BEACH ITS        CA    22499
B/A                                                    B/A CLERK
DEST        555     AUSTELL               GA    56385  042406    042406     3114489607
R/A                                             55555  R/A CLERK UKR
ORIGIN SWITCH RD
  SHIPPER   YANG MING MARINE LINE                  ISIS
  CONSIGNEE YANG MING LINES

SHIPPER   97680000                   CONSIGNEE  97681067
YANG MING MARINE LINE                YANG MING LINES
                                     3100 BRECKINRIDGE BLVD NW
LONG BEACH ITS      CA               BLDG 175
BILL TO   97681106                   DULUTH                GA300964986
YANG MING LINES                      BOL NUMBER W261105320
525 WASHINGTON BLVD #25              BOL DATE 040606   COL/PPD C
JERSEY CITY         NJ073101606      BOL TIME 155900   CAPTURE DATE 060423
PKGS A/C      DESCRIPTION            WGT Q     RATE Q     FRT     ADV    PPD
00001CNT FAK                         39382C  451.0000PU  451.00

      226 INTERMODAL FUEL SU13.00%                        59.00




                                     TOTAL WEIGHT      39382
         TOTAL GROSS      39382      TOTAL FREIGHT      510.00
         TOTAL TARE                  TOTAL ADVANCE

PKGS A/C      DESCRIPTION            WGHT Q    RATE Q     FRT     ADV    PPD






ORIG REF CITY/ST                       FSAC          WB #         WB DATE

ROAD       STA CDE       GEN RTE CD _  WB END CD ___  TRAN CD LCD
DEST BEYOND ROAD/CITY/ST                              PRO # 2298
CONT REF CD/AMT                                       MISC PRO #

DATE WGTD        GROSS WGT 39382 TARE WGT       WGT AT CD    WGT ALLOW

WGT AT CITY/ST                       SCALE LOC          EMPTY NONREV TRLR
RHWY ORIG MTR CARRIER CD         CITY/ST                   ORIG SPLC
```

NSVALVE 0100

**EXHIBIT 10**
to Declaration of Thomas M. Eagan
in Support of Plaintiff's Motion for Summary Judgment