UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NIPPONKOA INSURANCE COMPANY :
LIMITED                          07 Civ. 10498 (DC)
              *Plaintiff,* :

- against -
                                 :  **JUDGMENT**
NORFOLK SOUTHERN RAILWAY
COMPANY and THE KANSAS CITY      :
RAILWAY COMPANY
                                 :
             *Defendants.*
                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/09
```

      Plaintiff having filed a motion for summary judgment against defendants Norfolk Southern Railway Company and The Kansas City Railway Company, and defendants having filed a motion for summary judgment to dismiss the Complaint, and the matter having come before the Honorable Denny Chin, United States District Judge, and the Court, on November 9, 2009, having rendered its Memorandum Decision granting plaintiff's motion for summary judgment and denying defendants' motion for summary judgment, and awarding damages to plaintiff as set forth therein.

      **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Memorandum Decision dated November 9, 2009, plaintiff's motion for summary judgment is granted, defendants' motion for summary judgment is denied; and judgment is entered against defendants Norfolk Southern Railway Company and Kansas City Railway Company as follows:

      1.    NipponKoa Insurance Company limited shall recover from Norfolk Southern Railway Company and Kansas City Railway Company the principal sum of $142,000, plus prejudgment interest at 9% per annum from May 1, 2006 until ~~date of entry of Judgment~~ in the amount of $45,201.58, for a total of 187,201.58, with costs to be taxed by the Clerk.



Dated: New York, New York
November 9, 2009

(16)

_____
United States District Judge

F:\WP-DOCS\2309.78\110909 Judgment.doc