Paul D. Keenan (admitted *pro hac vice*)
Charles L. Howard (admitted *pro hac vice*)
Keenan Cohen & Howard P.C.
One Pitcairn Place
165 Township Line Rd.
Jenkintown, PA 19046
(215) 609-1110

and

Barry N. Gutterman
Gutterman & Associates
The Lincoln Building
60 East 42nd Street, 46th Floor
New York, NY 10165

*Attorneys for Defendants*

FILED U.S. DC
NOV 20 2009
S.D. OF N.Y.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NIPPONKOA INSURANCE COMPANY LIMITED,<br><br>         *Plaintiff,*<br><br>- against -<br><br>NORFOLK SOUTHERN RAILWAY COMPANY<br><br>And<br><br>THE KANSAS CITY SOUTHERN RAILWAY COMPANY<br>         *Defendants.* | **NO.: 07 CIV. 10498**<br><br>**JUDGE CHIN**<br><br>**NOTICE OF APPEAL** |

  Notice is hereby given that defendants, Norfolk Southern Railway Company and The Kansas City Southern Railway Company hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment granting plaintiffs' motion for summary judgment and denying defendants' motion for summary judgment and awarding damages to plaintiffs entered in this action on the 16th day of November, 2009 and entered upon the docket on the same day

(DE # 42) and the Court's Orders determining, *inter alia*, that 49 U.S.S.C. § 11706 is applicable to the above styled case (DE ## 27 and 40).

                                   **KEENAN COHEN & HOWARD P.C.**

By: _____
Paul D. Keenan (admitted *pro hac vice*)
Charles L. Howard (admitted *pro hac vice*)
One Pitcairn Place, Suite 2400
165 Township Line Road
Jenkintown, PA 19046
Telephone: (215) 609-1110
Facsimile:   (215) 609-1117

Attorneys for Defendants
Norfolk Southern Railway Company,
Norfolk Southern Railway Corporation, and
The Kansas City Railway Company

Dated: November 19, 2009

## CERTIFICATE OF SERVICE

I, the undersigned counsel, hereby certify and declare under penalty of perjury that on November 20, 2009, a true and correct copy of the foregoing Defendants' Notice of Appeal was sent to the following party, listed below, by e-mail and fist class mail:

> David T. Maloof, Esquire
> Thomas M. Eagan, Esquire
> MALOOF BROWNE & EAGAN LLC
> 411 Theodore Fremd Avenue, Suite 190
> Rye, New York 10580-1411
>
> *Attorneys for Plaintiffs*

By: _____
Paul D. Keenan

## SERVICE LIST

David T. Maloof, Esquire
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580-1411

*Attorney for Plaintiffs*

Thomas M. Eagan, Esquire
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580-1411

*Attorney for Plaintiffs*

| ORIGINAL-WHITE | DUPLICATE-YELLOW | TRIPLICATE-PINK |
|---|---|---|

RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

E 706603

RECEIVED FROM _Keenan Cohen & Howard_ at

_07cv10498_

_NOA_

| Fund | | |
|---|---|---|
| 6855XX | Deposit Funds | |
| 604700 | Registry Funds | |
| | General and Special Funds | |
| 508800 | Immigration Fees | |
| 085000 | Attorney Admission Fees | |
| 086900 | Filing Fees | |
| 322340 | Sale of Publications | |
| 322350 | Copy Fees | |
| 322360 | Miscellaneous Fees | |
| 143500 | Interest | |
| 322380 | Recoveries of Court Costs | |
| 322386 | Restitution to U.S. Government | |
| 121000 | Conscience Fund | |
| 129900 | Gifts | |
| 504100 | Crime Victims Fund | |
| 613300 | Unclaimed Monies | |
| 510000 | Civil Filing Fee (½) | |
| 510100 | Registry Fee | |

```
INVOICE #178912
DATE\TIME: 11/20/2009 2:53:27 PM
CASHIER: LATECIA
STATION: 01
================================
APPEAL 4/06                $455.00
    086900  $105.
    510000  $150.
    086400  $200
================================
GRAND TOTAL                $455.00
```

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

| DATE: | Cash | Check | M.O. | Credit |
|---|---|---|---|---|
| 20 | | | | |

DEPUTY CLERK